IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 07-22090 CIV
KING/GARBER

| | |
|---|---|
| GUSTAVO B SAMPAIO,<br><br>  Plaintiff,<br><br>vs.<br><br>ACADEMY COLLECTION SERVICE, INC.,<br><br>  Defendant. | **Civil Action** |

### MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant ACADEMY COLLECTION SERVICE, INC., by and through its undersigned attorney, hereby files this Motion to Dismiss against Plaintiff Gustavo B. Sampaio's Complaint for lack of subject matter jurisdiction.  Plaintiff has been offered the maximum recoverable damages in an Offer of Judgment under Fed. R. Civ. Pro. 68, and no longer has an ongoing controversy with the defendants.  Therefore, Defendant requests that this Honorable Court dismiss Plaintiff's claim for lack of subject matter jurisdiction with prejudice pursuant to Fed. R. Civ. Pro.12(b)(1 ) and Fed. R. Civ. Pro. 12(h)(3). The undersigned relies on the attached brief in support of this motion.  Oral argument is requested.

Marshall, Dennehey, Warner, Coleman & Goggin
Attorneys for McCabe, Smith, Reynolds, & Associates
1 East Broward Boulevard, Suite 500
Fort Lauderdale, FL 33301
Phone: (954) 847-4920
Fax: (954) 627-6640

By: _____s/Felipe Paez_____
Felipe Paez
FLORIDA BAR NO. 20118

**CERTIFICATE OF SERVICE**

      I hereby certify that on _____September 5, 2007_____, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  _____s/Felipe Paez_____
                                  Attorney Name

## SERVICE LIST

GUSTAVO B. SAMPAIO versus ACADEMY COLLECTION SERVICE, INC.
Case No. 07-22090-Civ (KING/GARBER) United States District Court, Southern District of Florida

| | |
|---|---|
| Donald Yarbrough<br>Attorney At Law<br>Post Office Box 11842<br>Ft. Lauderdale, FL 33339<br>Telephone: (954) 537-2000<br>Facsimile: (954) 566-2235<br>Attorneys for Plaintiff GUSTAVO B. SAMPAIO<br>Served by filing through CM/ECF | |