UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-22090-Civ-King/Garber

GUSTAVO B. SAMPAIO,

        Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC.,

        Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal

Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with

prejudice.

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough
        Donald A. Yarbrough, Esq.
        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-22090-Civ-King/Garber

GUSTAVO B. SAMPAIO,

        Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC.,

        Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on September 17, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    s/Donald A. Yarbrough
                                    Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Felipe Paez, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Boulevard
Ft. Lauderdale, FL 33301
Telephone: 954-847-4931
Facsimile: 954-627-6640

Via Notices of Electronic Filing generated by CM/ECF