UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22090-CIV-KING

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice (D.E. #6) filed September 17, 2007, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

    ORDERED, ADJUDGED and DECREED as follows:

    1.    The above-styled case is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

    2.    All unresolved pending motions in this case are hereby DENIED as moot.

    3.    The Rule 16 Scheduling Conference set for September 27, 2007 be, and the same is hereby CANCELED.

    4.    The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 18th day of September, 2007.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339
Facsimile: (954) 566-2235
**Counsel for Plaintiff**

Felipe Paez, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
Suite 500
1 East Broward Blvd.
Ft. Lauderdale, FL 33301
Facsimile: (954) 627-6640
**Counsel for Defendant**